**IN RE DULA**

[354 N.C. 356 (2001)]

IN THE MATTER OF: MICAH STORM DULA, A MINOR CHILD

No. 266A01

(Filed 9 November 2001)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 143 N.C. App. 16, 544 S.E.2d 591 (2001), reversing and remanding an order entered 10 January 2000 by Jones (Jonathan L.), J., in District Court, Caldwell County. Heard in the Supreme Court 16 October 2001.

*Elizabeth M. Spillman for petitioner-appellee Caldwell County Department of Social Services.*

*Austen D. Jud for respondent-appellant Davida Dula.*

PER CURIAM.

AFFIRMED.